27772. BUTLER *v.* CHAJAGE'S.

BROYLES, C. J. The verdict was authorized by the evidence, and none of the special grounds of the motion for new trial shows cause for a reversal of the judgment.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED NOVEMBER 30, 1939.

*Walter A. Sims, Ralph G. Sims, Henry M. Henderson,* for plaintiff in error.

*Douglas, Andrews & Cole, J. E. Feagin,* contra.